Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Sarah Uhlemann (Washington Bar No. 41164)
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
*Application of *pro hac vice* admission pending

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MIKE CRAWLEY, in his official capacity as District Ranger for the Bridgeport Ranger District, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>    Defendants. | Case No. 2:10-cv-02830-WBS-JFM<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

RULE 7.1 DISCLOSURE STATEMENT         1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff provides this statement to the Court that the Plaintiff organization in this action has no parent corporation and there are no publically held corporations which own 10% or more of any stock.

Dated: October 20, 2010

Respectfully submitted,

 /s/ Lisa T. Belenky_____
Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Sarah Uhlemann
Washington Bar No. 41164
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
* Application of *pro hac vice* pending

Attorneys for Plaintiff

RULE 7.1 DISCLOSURE STATEMENT       2