Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Sarah Uhlemann (WA Bar No. 41164)
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
*Application of *pro hac vice* admission pending

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>　　Plaintiff,<br><br>　v.<br><br>MIKE CRAWLEY, in his official capacity as District Ranger for the Bridgeport Ranger District, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>　　Defendants. | Case No. 2:10-cv-02830-WBS-JFM<br><br>**NOTICE OF RELATED CASES**<br><br>PURSUANT TO CIVIL L.R. 83-123 TO BE FILED IN CASE NO.:<br><br>Case No. 2:09-cv-02523-LKK-JFM and<br>Case No. 2:09-cv-01750-LKK-JFM |

1    Pursuant to Local Rule 83-123, Plaintiff provides notice to the Court that this action, *Center for
2    Biological Diversity v. Crawley, United States Forest Service* (Case No. 2:10-cv-02830-WBS-JFM), is
3    related to *Center for Sierra Nevada Conservation, Center for Biological Diversity, et al. v. United
4    States Forest Service, et. al.* (Case No. 2:09-cv-02523-LKK-JFM), pending before Honorable
5    Lawrence K. Karlton in the United States District Court, Eastern District of California.

6    Pursuant to Local Rule 83-123, actions are related if, *inter alia*: (1) "both actions involve the
7    same parties and are based on the same or a similar claim;" (2) "both actions involve similar questions
8    of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a
9    substantial savings of judicial effort;" or (3) "for any other reasons, it would entail substantial
10   duplication of labor if the actions were heard by different Judges." L. Rule 83-123(a)(1), (3), (4).

11   The newly filed case and the *Center for Sierra Nevada Conservation* case are related because
12   they share some of the same parties, similar facts, and identical questions of law. *See* L. Rule 83-123(a).
13   Because Judge Karlton will be reviewing the same subject matter, statutes, regulations, and case law in
14   deciding *Center for Sierra Nevada*, assignment of the newly filed case to Judge Karlton will result in a
15   substantial savings of judicial effort and prevent a duplication of labor between judges on this Court.

16   Specifically, "both actions involve the same parties." L. Rule 83-123(a)(1). The Center for
17   Biological Diversity is a plaintiff and the U.S. Forest Service is a defendant in both actions. Further,
18   both actions also involve "similar questions of fact and the same question of law." L. Rule 83-123(a)(3).
19   Both cases challenge Forest Service travel management planning decisions issued pursuant to the
20   agency's travel management regulations, 36 C.F.R. Part 212, that authorize motor vehicle use across
21   national forest lands. The complaints also allege several identical questions of law:

22   (1)    The Forest Service violated Executive Order 11644 and the travel management
23   regulations, 36 C.F.R. § 212.55(b), by failing to "minimize" damage to soil, water, and other forest
24   resources, harassment of wildlife, and conflicts between motorized and non-motorized forest users. *See
25   Ctr. for Sierra Nevada Conserv.* (2:09-cv-02523-LKK-JFM) Compl. ¶¶ 118-25 (sixth claim); *Ctr. for
26   Biological Diversity* (Case No. 2:10-cv-02830-WBS-JFM) Compl. ¶¶ 65-71 (third claim);

27
28

NOTICE OF RELATED CASES
Case No. 2:10-cv-02830-WBS-JFM                             2

  (2) The Forest Service violated the National Forest Management Act ("NFMA"), 16 U.S.C. § 1604(i), because the agency's travel management decision failed to comply with the Sierra Nevada Forest Plan Amendment, as well as the forest's individual forest plan. *See Ctr. for Sierra Nevada* (2:09-cv-02523-LKK-JFM) Compl. ¶¶ 102-110 (fourth claim); *Ctr. for Biological Diversity* (2:10-cv-02830-WBS-JFM) Compl. ¶¶ 55-58 (first claim);

  (3) The Forest Service violated the National Environmental Policy Act ("NEPA") and the statute's implementing regulations because the agency's Final Environmental Impact Statement ("FEIS") failed to analyze the site-specific impacts of authorized motor vehicle routes. *See Ctr. for Sierra Nevada Conserv.* (2:09-cv-02523-LKK-JFM) Compl. ¶¶ 66-79 (first claim); *Ctr. for Biological Diversity* (2:10-cv-02830-WBS-JFM) Compl. ¶¶ 78-81 (fifth claim);

  (4) The Forest Service violated NEPA and its implementing regulations, 42 U.S.C. § 4332(2)(C), (E); 40 C.F.R. § 1502.14(a), because the agency failed to consider a reasonable range of alternatives in its travel management decision, including an alternative that would have closed currently-authorized roads to motor vehicle use. *See Ctr. for Sierra Nevada Conserv.* (2:09-cv-02523-LKK-JFM) Compl. ¶¶ 81-86 (second claim); *Ctr. for Biological Diversity* (2:10-cv-02830-WBS-JFM) Compl. ¶¶ 83-85 (sixth claim); and

  (5) The Forest Service violated NEPA and its implementing regulations, 40 C.F.R. §§ 1502.2(d); 1502.25(a), because the Forest Service's FEIS failed to demonstrate the travel management plan complies with other laws. *See Ctr. for Sierra Nevada Conserv.* (2:09-cv-02523-LKK-JFM) Compl. ¶¶ 127-132 (seventh claim); *Ctr. for Biological Diversity* (2:10-cv-02830-WBS-JFM) Compl. ¶¶ 87-92 (seventh claim).

 Due to the substantial overlap of the subject matter, parties, and legal claims, assigning both cases to the same judge "is likely effect a substantial savings of judicial effort" and it "would entail substantial duplication of labor if the actions were heard by different Judges." L. Rule 83-123(a)(1), (3), (4).

Dated: October 20, 2010

        Respectfully submitted,

        /s/ Lisa T. Belenky\_\_\_\_\_
        Lisa T. Belenky (CA Bar No. 203225)

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org


Sarah Uhlemann (WA Bar No. 41164)
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
* Application of *pro hac vice* pending

Attorneys for Plaintiff