**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

*Center for Biological Diversity*,

                Plaintiff(s),      Case No. 2:10-cv-02830-WBS-JFM

v.

*Mike Crawley*, in his official capacity, and
*United States Forest Service*

      Defendant(s).

I, ___Sarah Uhlemann_____,

attorney for __Plaintiff  Center for Biological Diversity_____

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | __Center for Biological Diversity_____ |
| Address: | __PO Box 31001_____ |
| City: | __Seattle_____ |
| State: | __WA_____  ZIP Code: __98103-9998_____ |
| Voice Phone: | ( 206 )__327-2344_____ |
| FAX Phone: | ( N/A )_____ |

Internet E-mail: suhlemann@biologicaldiversity.org

Additional E-mail: 

I reside in City: Seattle          State: WA

I was admitted to practice in the __Washington State Supreme Court__ (court) on __March 5, 2009__ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not **X** concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: __Lisa T. Belenky__

Firm Name: __Center for Biological Diversity__

Address: __351 California Street, Suite 600__

City: __San Francisco__

State: __CA__    ZIP Code: __94104__

Voice Phone: ( 415 ) __436-9682 x307__

FAX Phone: ( 415 ) __436-9683__

E-mail: __lbelenky@biologicaldiversity.org__

Dated: __10/19/10__        Petitioner: _/s/ Sarah Teh_

**ORDER**

IT IS SO ORDERED.

Dated:   October 21, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE