IGNACIA S. MORENO
Assistant Attorney General
KATHRYN M. LIBERATORE
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel:   (202) 616-5082
Fax:   (202) 305-0506
email: kathryn.liberatore@usdoj.gov

Attorneys for Federal Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, | Case No. 2:10-cv-02830-WBS-JFM |
| Plaintiff, | **DEFENDANTS' NOTICE OF APPEARANCE** |
| v. | |
| MIKE CRAWLEY, in his official capacity as District Ranger for the Bridgeport Ranger District, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture, | |
| Defendants. | |

| | |
|---|---|
| 1 | Please enter the appearance of Kathryn M. Liberatore as counsel of record on behalf of |
| 2 | Defendants in the above-captioned matter. |
| 3 | Service of all papers by U.S. Mail to Ms. Liberatore should be addressed as follows: |
| 4 | United States Department of Justice |
|   | Environment and Natural Resources Division |
| 5 | Natural Resources Section |
|   | Benjamin Franklin Station, P.O. Box 663 |
| 6 | Washington, D.C.  20044-0663 |
| 7 | Express deliveries  and hand deliveries to Ms. Liberatore should be addressed to: |
| 8 | United States Department of Justice |
|   | Environment and Natural Resources Division |
| 9 | Natural Resources Section |
|   | 601 D Street, NW, Room 3148 |
| 10 | Washington, D.C.  20004 |
| 11 | Electronic mail to Ms. Liberatore should be addressed to: |
| 12 | Kathryn.Liberatore@usdoj.gov |
| 13 | Telephone and Facsimile numbers for Ms. Liberatore are as follows: |
| 14 | Telephone: (202) 616-5082 |
|   | Facsimile:  (202) 305-0506 |
| 15 | |
| 16 | Respectfully submitted this 10th day of November 2010. |
| 17 | IGNACIA S. MORENO |
|   | Assistant Attorney General |
| 18 | |
|   | /s/ KATHRYN M. LIBERATORE |
| 19 | Kathryn M. Liberatore (NY Bar 4317780) |
|   | Trial Attorney |
| 20 | U.S. Department of Justice |
|   | Environment & Natural Resources Division |
| 21 | Natural Resources Section |
|   | P.O. Box 663 |
| 22 | Washington, DC 20044-0663 |
|   | Tel:    (202) 616-5082 |
| 23 | Fax:   (202) 305-0506 |
|   | email: kathryn.liberatore@usdoj.gov |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2010, I served a true and correct copy of Defendants' Notice of Appearance by CM/ECF upon the following attorneys of record:

Lisa Tamara Belenky
Email: lbelenky@biologicaldiversity.org

Sarah Uhlemann
Email: suhlemann@biologicaldiversity.org

s/Kathryn M. Liberatore
Kathryn M. Liberatore
Counsel for Defendants

Case 2:10-cv-02830-WBS-JFM   Document 12   Filed 11/10/10   Page 4 of 4