Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Sarah Uhlemann
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIKE CRAWLEY, in his official capacity as District Ranger for the Bridgeport Ranger District, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>Defendants. | Case No. 2:10-cv-02830-WBS-JFM<br><br>**AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER DOCUMENTS** |

AFFIDAVIT OF SERVICE   1

Pursuant to Federal Rule of Civil Procedure 4(i), I hereby certify that, on October 22, 2010, I served Defendants Mike Crawley, District Ranger for the Bridgeport Ranger District, and the United States Forest Service by sending the Complaint and the Summons issued on October 20, 2010 for this case on the following persons:

Mike Crawley
District Ranger
Bridgeport Ranger District
HC 62, Box 1000
Bridgeport, CA 93517

Eric Holder
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Tom Tidwell
Chief
USDA Forest Service
1400 Independence Ave., SW
Washington, DC 20250-0003

Civil Process Clerk for
United States Attorney for the Eastern District of California
Sacramento Federal Courthouse
501 "I" Street, Suite 10-100
Sacramento, CA 95814

The United States Attorney for the Eastern District of California received the documents on October 26, 2010. The Attorney General received the documents on October 27, 2010. Mr. Crawley received the documents on October 26, 2010. Mr. Tidwell of the USDA received the documents on October 27, 2010. Copies of the certified mail receipts, return receipts, and a USPS tracking confirmation are attached.

In addition, I also served the following documents on the above-listed persons via certified mail on October 20, 2010:

(1) Civil Cover Sheet;

(2) Order re Status (Pretrial Scheduling) Conference issued October 20, 2010;

(3) Notice of Availability of a Magistrate Judge;

(4) Notice of Availability of Voluntary Dispute Resolution;

(5) Pro Hac Vice Application for Sarah Uhlemann filed October 20, 2010;

(6) Notice of Related Case filed October 20, 2010; and

(7) Rule 7.1 Disclosure Statement.

AFFIDAVIT OF SERVICE                    2

Dated: November 19, 2010

_/s/ Sarah Uhlemann_____
Sarah Uhlemann
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org

AFFIDAVIT OF SERVICE 3

**Certified Mail Receipt #1 (Sacramento)**

U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

SACRAMENTO CA 95814

| | | |
|---|---|---|
| Postage | $ | $1.56 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.66 |

Postmark Here: OCT 22 2010
0032 14
10/22/2010

Sent To: Civil Process Clerk, US Attorney, E.D.Cal
Street, Apt. No.; or PO Box No.: 501 "I" Street, Suite 10-100
City, State, ZIP+4: Sacramento, CA 95814

PS Form 3800, August 2006

Article Number: 7010 1670 0000 6975 6647

**Return Receipt #1**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk For
US Attorney for the Eastern
District of California
Sacramento Federal Courthouse
501 "I" Street, Suite 10-100
Sacramento, CA 95814

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Becker Conye — Agent/Addressee
B. Received by (Printed Name)
C. Date of Delivery: 10/26/10
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0000 6975 6647

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**Certified Mail Receipt #2 (Washington DC)**

U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $1.56 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.66 |

Postmark Here: OCT 22 2010
0032 14
10/22/2010

Sent To: Eric Holder, US Atty General, DOJ
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4: Washington, DC 20530-000

PS Form 3800, August 2006

Article Number: 7010 1670 0000 6975 6616

**Return Receipt #2**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Holder
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: OCT 27 2010
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7010 1670 0000 6975 6616

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**Certified Mail Receipt #1**

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20250-0003

| | | |
|---|---|---|
| Postage | $1.56 | 0032 |
| Certified Fee | $2.80 | 14 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.66 | 10/22/2010 |

Sent To: Tom Tidwell, Chief, US Forest Service
Street, Apt. No.; or PO Box No.: 1400 Independence Ave. SW
City, State, ZIP+4: Washington, DC 20250-00[03]

PS Form 3800, August 2006

---

**Return Receipt #1 (PS Form 3811)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tom Tidwell, Chief
USDA Forest Service
1400 Independence Ave. SW
Washington, DC 20250-0003

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X [signed] — Agent
B. Received by (Printed Name) | C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0000 6975 6630

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-154

---

**Certified Mail Receipt #2**

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

BRIDGEPORT CA 93517

| | | |
|---|---|---|
| Postage | $1.56 | 0032 |
| Certified Fee | $2.80 | 14 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.66 | 10/22/2010 |

Sent To: Mike Crawley, Bridgeport Ranger [District]
Street, Apt. No.; or PO Box No.: HC 62 Box 1000
City, State, ZIP+4: Bridgeport, CA 93517

PS Form 3800, August 2006

---

**Return Receipt #2 (PS Form 3811)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Crawley
District Ranger
Bridgeport Ranger District
HC 62, Box 1000
Bridgeport, CA 93517

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X Linda Mayer — Agent
B. Received by (Printed Name): Linda Mayer | C. Date of Delivery: 10/26/10
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0000 6975 6623

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-154

Case 2:10-cv-02830-WBS-JFM   Document 13-1   Filed 11/19/10   Page 6 of 6

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7010 1670 0000 6975 6630**
Expected Delivery Date: **October 26, 2010**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
            **Return Receipt**
Status: **Delivered**

Your item was delivered at 11:50 am on October 27, 2010 in WASHINGTON, DC 20250.

Detailed Results:

- **Delivered, October 27, 2010, 11:50 am, WASHINGTON, DC 20250**
- **Arrival at Unit, October 27, 2010, 10:24 am, WASHINGTON, DC 20022**
- **Acceptance, October 22, 2010, 5:29 pm, SEATTLE, WA 98109**

**Track & Confirm**

Enter Label/Receipt Number.



### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

**Copyright© 2010 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA