IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>    Plaintiff, )<br>vs. )<br>)<br>MIKE CRAWLEY and UNITED STATES FOREST )<br>SERVICE, )<br>)<br>    Defendants, )<br>) | Case No.  CV-10-2830-WBS-JFM<br><br>ORDER DENYING MOTION TO INTERVENE |

Before the Court is a motion to intervene by the Pine Nut Mountains Trails Association, Coalition for Public Access, Sierra Trail Dogs, California Association of 4 Wheel Drive Clubs and BlueRibbon Coalition (collectively "Intervenor-Applicants"). The motion contains several conditions on intervention, which were apparently reached through consultation amongst counsel prior to its filing. Notwithstanding the lack of opposition to intervention in accordance with the stated conditions, the court will not exercise its discretion to allow intervention at this time. The court finds, instead, that the interests of the proposed intervenors can adequately be served by allowing them to file amicus curiae briefs in response to any motions for summary judgment in this matter.

(PROPOSED)
ORDER GRANTING MOTION TO INTERVENE - Page 1

1   IT IS THEREFORE ORDERED that the motion to intervene be, and the same hereby is, DENIED.  Upon application, the court will consider a request by the proposed intervenors to file Amicus Curiae briefs in response to any motions filed in this action.

DATED this 8th day of April, 2011.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

(PROPOSED)
ORDER GRANTING MOTION TO INTERVENE - Page 2