Sarah Uhlemann (WA Bar No. 41164)*
Cynthia Tuell (AZ Bar No. 025301)*
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
ctuell@biologicaldiversity.org
*Admitted *pro hac vice*

Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

Ignacia S. Moreno
Assistant Attorney General
Kathryn M. Liberatore (NY Bar 4317780)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 616-5082
Fax: (202) 305-0506
kathryn.liberatore@usdoj.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>    Plaintiff,<br><br>        v.<br><br>MIKE CRAWLEY, in his official capacity as District Ranger for the Bridgeport Ranger District, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>    Defendants. | Case No. 2:10-cv-02830-WBS-JFM<br><br>**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION TO AUGMENT THE RECORD** |

Pursuant to Local Rule 143, Plaintiff and Defendants in the above-captioned case, by and through their attorneys, have conferred and hereby STIPULATE as follows:

1.    On October 20, 2010, Plaintiff initiated the instant litigation (Dkt. No. 1), and on January 4, 2011, Defendants filed their Answer (Dkt. No. 15).

2.    Defendants lodged the Administrative Record on March 24, 2011. Dkt. No. 22.

3.    On April 1, 2011, the Court set a Pretrial Schedule requiring Plaintiff to file any motion to augment the Administrative Record by this Friday, May 27, 2011. Dkt. No. 24.

4.    On May 11, 2011, Plaintiff provided Defendants with a letter setting forth Plaintiff's concerns regarding the scope and content of the Record, and on May 20, 2011, Defendants provided a response.

5.    Although parties have not yet reached an agreement as to the issues raised by Plaintiff, parties believe extending the current May 27, 2011 deadline for Plaintiff's motion to augment the Record may allow parties to resolve the remaining record issues without seeking relief from the Court. In order to allow these discussions to continue and in the interest of judicial economy, parties stipulate to a nineteen-day extension for Plaintiff's motion.

6.    Accordingly, parties stipulate to the following schedule for record-related briefing:

**Plaintiff's motion to augment the record will be due June 15, 2011;**

**Defendants' responsive brief regarding record augmentation will be due June 30, 2011;**

**Plaintiff's reply will be due July 8, 2011.**

7.    Prior to this request, parties had not sought any extensions of time regarding the motion to augment the Record, or for any other deadline set by the Court's April 1, 2011 Pretrial Schedule.

Dated: May 25, 2011

Respectfully submitted,

 /s/ Sarah Uhlemann
Sarah Uhlemann (WA Bar No. 41164)*
Cynthia Tuell (AZ Bar No. 025301)*
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344

1    suhlemann@biologicaldiversity.org
     ctuell@biologicaldiversity.org
2    *Admitted *pro hac vice*

3    Lisa T. Belenky (CA Bar No. 203225)
4    Justin Augustine (CA Bar No. 235561)
     Center for Biological Diversity
5    351 California St., Suite 600
     San Francisco, CA 94104
6    (415) 436-9682 x307
     Fax: (415) 436-9683
7    lbelenky@biologicaldiversity.org
     jaugustine@biologicaldiversity.org
8

9    *Attorneys for Plaintiff*

10

11    _/s/ Kathryn M. Liberatore_  (as authorized on 5/25/11)
      IGNACIA S. MORENO
12    Assistant Attorney General
      KATHRYN M. LIBERATORE (NY Bar 4317780)
13    Trial Attorney
      U.S. Department of Justice
14    Environment & Natural Resources Division
      Natural Resources Section
15    P.O. Box 663
      Washington, DC 20044-0663
16    (202) 616-5082
      Fax: (202) 305-0506
17    kathryn.liberatore@usdoj.gov

18
19    *Attorneys for Defendants*

20

21

22
23    IT IS SO ORDERED this 27th day of May, 2011.

24

25    WILLIAM B. SHUBB
      UNITED STATES DISTRICT JUDGE

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing to be served upon counsel of record, as indicated below, through the Court's electronic service system (ECF/CM):

Kathryn M. Liberatore
Email: Kathryn.Liberatore@usdoj.gov
Attorney for Defendants

Dated: May 25, 2011

                                              /s/ Sarah Uhlemann_____
                                              Attorney for Plaintiff