Sarah Uhlemann (WA Bar No. 41164)*
Cynthia Tuell (AZ Bar No. 025301)*
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
ctuell@biologicaldiversity.org
*Admitted *pro hac vice*

Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

Ignacia S. Moreno
Assistant Attorney General
Kathryn M. Liberatore (NY Bar 4317780)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 616-5082
Fax: (202) 305-0506
kathryn.liberatore@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>　Plaintiff,<br><br>　v.<br><br>MIKE CRAWLEY, in his official capacity as District Ranger for the Bridgeport Ranger District, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>　Defendants. | Case No. 2:10-cv-02830-WBS-JFM<br><br>**SECOND STIPULATION TO AMEND RECORD SUPPLEMENTATION BRIEFING SCHEDULE** |

Pursuant to Local Rule 143, Plaintiff and Defendants in the above-captioned case, by and through their attorneys, have conferred and hereby STIPULATE as follows:

1. On October 20, 2010, Plaintiff initiated the instant litigation (Dkt. No. 1), and on January 4, 2011, Defendants filed their Answer (Dkt. No. 15).

2. Defendants lodged the Administrative Record on March 24, 2011. Dkt. No. 22.

3. On April 1, 2011, the Court set a Pretrial Schedule requiring Plaintiff to file any motion to augment the Administrative Record by May 27, 2011. Dkt. No. 24.

4. On May 11, 2011, Plaintiff provided Defendants with a letter setting forth Plaintiff's concerns regarding the scope and content of the Record, and on May 20, 2011, Defendants provided a response. On May 23, 2011, Plaintiff requested further clarification of Defendants' response; Defendants expect to provide a written response to Plaintiff's May 23 letter by June 13, 2011.

5. On May 27, 2011, the Court granted parties' stipulation to extend the record augmentation briefing scheduling, and Plaintiff's brief is currently due next Wednesday, June 15.

5. Although parties have not yet reached an agreement as to the issues raised by Plaintiff, parties remain in negotiation, and parties believe extending the current June 15, 2011 deadline for Plaintiff's motion to augment the Record may allow parties to resolve the remaining record issues without seeking relief from the Court. In order to allow these discussions to continue and in the interest of judicial economy, parties stipulate to a sixteen-day extension for Plaintiff's motion.

6. Accordingly, parties stipulate to the following schedule for record-related briefing:

**Plaintiff's motion to augment the record will be due July 1, 2011;**

**Defendants' responsive brief regarding record augmentation will be due July 15, 2011;**

**Plaintiff's reply will be due July 22, 2011.**

7. Further, parties agree that if record-related briefing is necessary, parties will jointly seek to amend the April 1, 2011 Pretrial Schedule to extend the deadlines therein as appropriate.

Dated: June 10, 2011

Respectfully submitted,

Stipulation to Extend Time                                                                 2

/s/ Cynthia Tuell
Cynthia Tuell (AZ Bar No. 025301)*
Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
ctuell@biologicaldiversity.org
*Admitted *pro hac vice*

Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

*Attorneys for Plaintiff*


 /s/ Kathryn M. Liberatore   (as authorized on 5/XX/11)
IGNACIA S. MORENO
Assistant Attorney General
KATHRYN M. LIBERATORE (NY Bar 4317780)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 616-5082
Fax: (202) 305-0506
kathryn.liberatore@usdoj.gov

*Attorneys for Defendants*

IT IS SO ORDERED this 10th day of June, 2011.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing to be served upon counsel of record, as indicated below, through the Court's electronic service system (ECF/CM):

Kathryn M. Liberatore
Email: Kathryn.Liberatore@usdoj.gov
Attorney for Defendants

Dated: June 10, 2011

      /s/ Cynthia Tuell
      Attorney for Plaintiff