Sarah Uhlemann (WA Bar No. 41164)*
Cynthia Tuell (AZ Bar No. 025301)*
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
ctuell@biologicaldiversity.org
*Admitted *pro hac vice*

Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

IGNACIA S. MORENO
Assistant Attorney General
KATHRYN M. LIBERATORE (NY Bar 4317780)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel:   (202) 616-5082
Fax:   (202) 305-0506
e-mail: kathryn.liberatore@usdoj.gov

Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> MIKE CRAWLEY and UNITED STATES FOREST SERVICE, <br><br> Defendants. | Case No. 2:10-cv-02830-WBS-JFM <br><br> **STIPULATION TO STAY CASE FOR SIXTY DAYS** |

Plaintiff and Defendants in the above-captioned case, by and through their attorneys, have conferred and hereby STIPULATE as follows:

CASE NO. 2:08-CV-01897-JAM-JFM                                                                              1
STIPULATION TO STAY BRIEFING

1. On October 20, 2010, Plaintiff initiated the instant litigation challenging the Forest Service's decision to adopt a travel management plan designating off-road and other motor vehicle routes on the Bridgeport Ranger District of the Humboldt-Toiyabe National Forest.  Dkt. No. 1.  Plaintiff alleges violations of the National Environmental Policy Act (NEPA), 42 U.S.C. §§ 4321 et seq.; National Forest Management Act (NFMA), 16 U.S.C. §§ 1600 et seq.; Administrative Procedure Act (APA), 5 U.S.C. §§ 501 et seq.; Executive Order 11644; and implementing regulations established pursuant to these statutes and executive orders.

2. On January 4, 2011, Defendants responded to the complaint and denied the allegations.  Dkt. No. 15.

3. Defendants lodged the Administrative Record on March 24, 2011. Dkt. No. 22.

4. On April 1, 2011, the Court set a Pretrial Schedule requiring Plaintiff to file its motion for summary judgment on August 8, 2011, Defendants to file their cross-motion and opposition forty-five days (45) later, Plaintiff to file its opposition and reply thirty-five (35) days later, and Defendants to file their reply thirty-five (35) days later.  Dkt. No. 24.

5. The parties have entered settlement discussions in an attempt to resolve this matter, and have exchanged written proposals and counter-proposals.  Settlement discussions are ongoing.

6. The parties request additional time to continue working toward reaching a settlement resulting in dismissal of this case.  The parties therefore request an order staying all briefing for 60 days until September 26, 2011.  On that date, the parties will advise the Court on whether continued settlement discussions are appropriate, or propose a new summary judgment briefing schedule.  The parties will promptly notify the Court if a settlement is approved.

**IT IS SO STIPULATED**

Respectfully submitted this 28th day of July, 2011.

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Kathryn M. Liberatore*
KATHRYN M. LIBERATORE
Trial Attorney, NY Bar 4317780
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Email: kathryn.liberatore@usdoj.gov

Attorneys for Defendants

/s/ *Sarah Uhlemann* (authorized by email on 7/28/2011)
Sarah Uhlemann (WA Bar No. 41164)*
Cynthia Tuell (AZ Bar No. 025301)*
Center for Biological Diversity
P.O. Box 31001
Seattle, WA 98103-9998
(206) 327-2344
suhlemann@biologicaldiversity.org
ctuell@biologicaldiversity.org
 *Admitted *pro hac vice*

Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

1 **IT IS SO ORDERED** this 2nd day of August, 2011.

```
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
```

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing to be served upon counsel of record, as indicated below, through the Court's electronic service system (ECF/CM):

Sarah Uhlemann
Email: suhlemann@biologicaldiversity.org

Cynthia Tuell
Email: ctuell@biologicaldiversity.org

Justin John Augustine
Email: jaugustine@biologicaldiversity.org

Lisa Tamara Belenky
Email: lbelenky@biologicaldiversity.org

Attorneys for Plaintiff

Dated: July 28, 2011                     /s/ Kathryn M. Liberatore
                                         Kathryn M. Liberatore
                                         Attorney for Defendants