Sarah Uhlemann (WA Bar No. 41164)*
Cynthia Tuell (AZ Bar No. 025301)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
(206) 327-2344
suhlemann@biologicaldiversity.org
ctuell@biologicaldiversity.org
*Admitted *pro hac vice*

Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

Ignacia S. Moreno
Assistant Attorney General
Brian M. Collins (TX Bar No. 24038827)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel:   (202) 305-0428
Fax:   (202) 305-0267
Email: brian.m.collins@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE CRAWLEY, in his official capacity as District Ranger for the Bridgeport Ranger District, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>    Defendants. | Case No. 2:10-cv-02830-WBS-JFM<br><br>**STIPULATION TO STAY CASE FOR 30 DAYS AND VACATE PRETRIAL CONFERENCE AND TRIAL DATE** |

Plaintiff and Defendants in the above-captioned case, by and through their attorneys, have conferred and hereby STIPULATE as follows:

1.     On October 20, 2010, Plaintiff initiated the instant litigation challenging the Forest Service's decision to adopt a travel management plan designating off-road and other motor vehicle routes on the Bridgeport Ranger District of the Humboldt-Toiyabe National Forest. Dkt. No. 1. Plaintiff alleges violations of the National Environmental Policy Act (NEPA), 42 U.S.C. §§ 4321 et seq.; National Forest Management Act (NFMA), 16 U.S.C. §§ 1600 et seq.; Administrative Procedure Act (APA), 5 U.S.C. §§ 501 et seq.; Executive Order 11644; and implementing regulations established pursuant to these statutes and executive orders.

2.     On January 24, 2011, Defendants responded to the complaint and denied the allegations. Dkt. No. 15.

3.     Defendants lodged the Administrative Record on March 24, 2011. Dkt. No. 22.

4.     On April 1, 2011, the Court set a Pretrial Schedule requiring Plaintiff to file its motion for summary judgment on August 8, 2011, Defendants to file their cross-motion and opposition forty-five days (45) later, Plaintiff to file its opposition and reply thirty-five (35) days later, and Defendants to file their reply thirty-five (35) days later. Dkt. No. 24. Further, the Court set a pre-trial conference for October 17, 2011, at 2:00 p.m. and a trial date of January 10, 2012, at 9:00 a.m.

5.     On July 28, 2011, the parties filed a stipulation to stay the briefing schedule for 60 days to allow additional time for settlement discussions, and on August 2, 2011, the Court ordered the stay. Dkt. Nos. 34, 36. Parties agreed to advise the Court on September 26, 2011, whether continued settlement discussions would be appropriate or propose a new summary judgment briefing schedule.

6.     The parties have held productive discussions during the last 60 days and seek to continue working toward a settlement that may result in dismissal of this case. The parties request an order staying all briefing for an additional 30 days until October 26, 2011, to continue these discussions. On that date, the parties will advise the Court on whether continued settlement discussions are appropriate, or propose a new summary judgment briefing schedule. The parties will promptly notify the Court if a settlement is approved.

7.     Further, following Defendants' lodging of the administrative record on March 24, 2011, Plaintiff's review, and Defendants' subsequent augmentation of that record, the parties believe this case

can be resolved on summary judgment pursuant to the APA standard of review and that a trial is unnecessary. Accordingly, the parties request the Court vacate the current pre-trial conference and trial dates.

**IT IS SO STIPULATED**

Respectfully submitted this 26th day of September, 2011.

/s/ Sarah Uhlemann
Sarah Uhlemann (WA Bar No. 41164)*
Cynthia Tuell (AZ Bar No. 025301)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
 (206) 327-2344
suhlemann@biologicaldiversity.org
ctuell@biologicaldiversity.org
 *Admitted *pro hac vice*

Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x307
Fax: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

/s/ Brian M. Collins  (as authorized on 9/23/11)
Brian M. Collins (TX Bar No. 24038827)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel:       (202) 305-0428
Fax:      (202) 305-0267
Email:    brian.m.collins@usdoj.gov

Attorneys for Defendants

**IT IS SO ORDERED** this 26th day of September, 2011.

The Pretrial Conference date of 10/17/2011 and the Court Trial date of 1/10/2012 are HEREBY VACATED.  A Status Conference is set for **November 14, 2011 at 2:00 p.m.**    A Joint Status Report shall be filed no later than **October 31, 2011**.

DATED:   September 26, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE